## Richmond

### E. E. COUSINS, JR. v. LEWIS E. VAN HOOSE.

June 14, 1971.

Record No. 7498.

Present, Snead, C.J., I'Anson, Gordon, Harrison, Cochran and Harman, JJ.

*Frank D. Swart*, for plaintiff in error.

*Daniel H. Shaner* (*Rust & Hurst*, on brief), for defendant in error.

*Judgment affirmed* without opinion by equally divided Court.